# EXHIBIT A

KB Toys
Cash Collateral budget extra weeks to 1/30/2011

# KB Toys
## Cash Collateral Budget extra weeks to 1/30/2011

| | Budget 9<br>Week 9<br>4/4/09 | Budget 10<br>Week 10<br>4/11/09 | Budget 11<br>Week 11<br>4/18/09 | Budget 12<br>Week 12<br>4/25/09 | Budget 13<br>Week 13<br>5/2/09 | Budget 14<br>Week 14<br>5/9/09 | Budget 15<br>Week 15<br>5/16/09 | Budget 16<br>Week 16<br>5/23/09 | Budget 17<br>Week 17<br>5/30/09 | Budget 18<br>Week 18<br>6/6/09 | Budget 19<br>Week 19<br>6/13/09 | Budget 20<br>Week 20<br>6/20/09 | Budget 21<br>Week 21<br>6/27/09 | Budget 22<br>Week 22<br>7/4/09 | Budget 23<br>Week 23<br>7/11/09 | Budget 24<br>Week 24<br>7/18/09 | Budget 25<br>Week 25<br>7/25/09 | Budget 26<br>Week 26<br>8/1/09 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Week Ending** | | | | | | | | | | | | | | | | | | |
| Beginning Cash Balance | 3,051,025 | 2,200,000 | 1,672,000 | 1,356,245 | 1,312,395 | 1,223,731 | 1,222,981 | 1,206,820 | 1,206,070 | 1,193,908 | 1,193,908 | 1,179,377 | 1,183,377 | 1,127,746 | 1,130,246 | 1,117,215 | 1,097,215 | 1,084,184 |
| Beginning (GE Loan) Balance | | | | | | | | | | | | | | | | | | |
| **Cash Receipts** | | | | | | | | | | | | | | | | | | |
| Stores | | | | | | | | | | | | | | | | | | |
| Wholesale A/R | | | | | | | | | | | | | | | | | | |
| Sales Tax | | | | | | | | | | | | | | | | | | |
| Credit Card Fees | | | | | | | | | | | | | | | | | | |
| FF&E | | | | | | | | | | | | | | | | | | |
| Lease Buyouts | | | | | | | | | | | | | | | | | | |
| Gift Card Redemption | | | | | | | | | | | | | | | | | | |
| Operating Funds (Stores) | 1,400,000 | | | | | | | | | | | | | | | | | |
| Store Bank Acct Impressed Funds | | | | | | | | | | | | | | | | | | |
| Visa MC Settlement | | | | | | | | | | | | | | | | | | |
| Gift Card Tender | | | | | | | | | | | | | | | | | | |
| Bonus Card Redemption | 100,000 | | | | | | | | | | | | | | | | | |
| Store Deposit ACH Reserve | | | | | | | | | | | | | | | | | | |
| CSV and Albertson bulk sale | 500,000 | | | | | | | | | | | | | | | | | |
| Other | | | | | | | | | | | | | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 |
| **Total Receipts** | 2,000,000 | | | | | | | | | | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 |
| **Operating Disbursements** | | | | | | | | | | | | | | | | | | |
| Payroll & Payroll Taxes | | | | | | | | | | | | | | | | | | |
| Corporate & DC | 37,254 | | 45,555 | | 34,564 | | 12,061 | | 12,061 | | 17,031 | | 17,031 | | 17,031 | | 17,031 | |
| Stores | 0 | | | | (0) | | | | 0 | | | | | | | | | |
| KEIP | | | | | | | | | | | | | | | | | | |
| Store Retention | | | | | | | | | | | | | | | | | | |
| **Total Payroll & Payroll Taxes** | 37,254 | | 45,555 | | 34,564 | | 12,061 | | 12,061 | | 17,031 | | 17,031 | | 17,031 | | 17,031 | |
| Rent & Occupancy | | | | | | | | | | | | | | | | | | |
| Corporate | 100,000 | | | | | | | | | | 1,500 | | | 1,500 | | | | 1,500 |
| December Stub Rent | | | | | | | | | | | | | | | | | | |
| Stores and DC | | | | | | | | | | | | | | | | | | |
| **Total Rent** | 100,000 | | | | 45,000 | | | | | | 1,500 | | | 1,500 | | | | 1,500 |
| Merchandise Payments | | | | | | | | | | | | | | | | | | |
| L/C | | | | | | | | | | | | | | | | | | |
| Li & Fung | | | | | | | | | | | | | | | | | | |
| Freight | | | | | | | | | | | | | | | | | | |
| Insurance - AETNA Health | 554,764 | | | | | | | | | | | | | | | | | |
| Insurance - Premiums | | | | | | | | | | | | | | | | | | |
| Insurance - Wcomp | 22,041 | | | | | | | | | | | | | | | | | |
| Advertising | | | | | | | | | | | | | | | | | | |
| Sales Tax | | | | | | | | | | | | | | | | | | |
| Utilities | | | | | | | | | | | | | | | | | | |
| Utility Deposits | | | | | | | | | | | | | | | | | | |
| Other | 13,600 | 3,000 | 20,200 | 1,500 | 10,100 | 750 | 4,100 | 750 | 100 | | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 |
| **Total** | 727,659 | 3,000 | 65,755 | 1,500 | 89,664 | 750 | 16,161 | 750 | 12,161 | | 19,531 | 1,000 | 18,031 | 2,500 | 18,031 | 1,000 | 18,031 | 2,500 |
| **Non-Operating Disbursement** | | | | | | | | | | | | | | | | | | |
| Interest & Fees | (4,000) | | | | (1,000) | | | | | | | | | | | | | |
| Deposits | | | | | | | | | | | | | | | | | | |
| Professional Fees - Other | | 250,000 | 250,000 | 42,350 | | | | | | | | | 42,500 | | | 24,000 | | |
| FTI | | | | | | | | | | | | | | | | | | |
| Wilmer Hale | | | | | | | | | | | | | | | | | | |
| Young Conway | | | | | | | | | | | | | | | | | | |
| US Trustee | | | | | | | | | | | | | | | | | | |
| GE | | | | | | | | | | | | | | | | | | |
| Taft Stettinius | | | | | | | | | | | | | | | | | | |
| Creditor Committee | | | | | | | | | | | | | | | | | | |
| Trade Lien | | | | | | | | | | | | | | | | | | |
| Schulte Roth | | | | | | | | | | | | | | | | | | |
| E&Y | | | | | | | | | | | | | | | | | | |
| Liquidators fee (Advertising, supervision and fee | | | | | | | | | | | | | | | | | | |
| LC Collateralization | | | | | | | | | | | | | | | | | | |
| Sr Lender Indemnity Account Fundin | | | | | | | | | | | | | | | | | | |
| BOA Pcard Reserve | | | | | | | | | | | | | | | | | | |
| Store Deposit ACH Reserve | 50,000 | 275,000 | | | | | | | | | | | | | | | | |
| Other | | | | | | | | | | | | | | | | | | |
| **Total** | 46,000 | 525,000 | 250,000 | 42,350 | (1,000) | | | | | | | | 42,500 | | | 24,000 | | |
| **Total Cash Disbursements** | 773,659 | 528,000 | 315,755 | 43,850 | 88,664 | 750 | 16,161 | 750 | 12,161 | | 19,531 | 1,000 | 60,631 | 2,500 | 18,031 | 25,000 | 18,031 | 2,500 |
| **Total Cash Receipts** | 2,000,000 | | | | | | | | | | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 |
| **Net Cash Flow** | 1,226,341 | (528,000) | (315,755) | (43,850) | (88,664) | (750) | (16,161) | (750) | (12,161) | | (14,531) | 4,000 | (55,631) | 2,500 | (13,031) | (20,000) | (13,031) | 2,500 |
| Beginning Cash Balance | 3,051,025 | 2,200,000 | 1,672,000 | 1,356,245 | 1,312,395 | 1,223,731 | 1,222,981 | 1,206,820 | 1,206,070 | 1,193,908 | 1,193,908 | 1,179,377 | 1,183,377 | 1,127,746 | 1,130,246 | 1,117,215 | 1,097,215 | 1,084,184 |
| Available for Loan Paydown | | | | | | | | | | | | | | | | | | |
| Beginning (GE Loan) Balance | | | | | | | | | | | | | | | | | | |
| Add: LC Draws | | | | | | | | | | | | | | | | | | |
| Less: Cash Paydowns | | | | | | | | | | | | | | | | | | |
| Ending (GE Loan) Balance | | | | | | | | | | | | | | | | | | |
| Face Value Only (Doc & Standby LC) | | | | | | | | | | | | | | | | | | |
| Less: Drawdowns | | | | | | | | | | | | | | | | | | |
| Ending Standby LC Obligation | | | | | | | | | | | | | | | | | | |
| Prof Fee Obligation | | (250,000) | (250,000) | (500,000) | (542,350) | (542,350) | (542,350) | (542,350) | (542,350) | (542,350) | (542,350) | (542,350) | (542,350) | (584,950) | (584,950) | (584,950) | (608,950) | (608,950) |
| Less: Payments | | | | (42,350) | | | | | | | | | (42,600) | | | (24,000) | | |
| Ending Prof Fee Obligation | | (250,000) | (500,000) | (542,350) | (542,350) | (542,350) | (542,350) | (542,350) | (542,350) | (542,350) | (542,350) | (542,350) | (584,950) | (584,950) | (584,950) | (608,950) | (608,950) | (608,950) |
| Beginning Prentice Obligatio | 85,271,941 | 83,194,575 | 83,194,575 | 83,194,575 | 83,194,575 | 83,194,575 | 83,194,575 | 83,194,575 | 83,194,575 | 83,194,575 | 83,194,575 | 83,194,575 | 83,194,575 | 83,194,575 | 83,194,575 | 83,194,575 | 83,194,575 | 83,194,575 |
| Cash Available after GE Loan Paydown | 4,277,366 | 1,672,000 | 1,356,245 | 1,312,395 | 1,223,731 | 1,222,981 | 1,206,820 | 1,206,070 | 1,193,908 | 1,193,908 | 1,179,377 | 1,183,377 | 1,127,746 | 1,130,246 | 1,117,215 | 1,097,215 | 1,084,184 | 1,086,684 |
| Cash to be Retained by Company (110% of Remaining Disbursements | | | | | | | | | | | | 199,862 | 132,068 | 129,318 | 109,484 | 61,984 | 62,150 | 59,400 |
| GE Indemnity Account Committed to 503(b)(9) claims | 500,000 | 500,000 | 500,000 | 500,000 | 500,000 | 500,000 | 500,000 | 500,000 | 500,000 | 500,000 | 500,000 | 500,000 | 500,000 | 500,000 | 500,000 | 500,000 | 500,000 | 500,000 |
| Cash Available less 110% of Remaining Disbursements, 503(b)(9) reserve, and February St | 1,700,000 | 1,700,000 | 1,700,000 | 1,700,000 | 1,700,000 | 1,700,000 | 1,700,000 | 1,700,000 | 1,700,000 | 1,700,000 | 1,700,000 | 1,700,000 | 1,700,000 | 1,700,000 | 1,700,000 | 1,700,000 | 1,700,000 | 1,700,000 |
| | 2,077,366 | | | | | | | | | | | | | | | | | |
| Ending Prentice Obligatio | 83,194,575 | 83,194,575 | 83,194,575 | 83,194,575 | 83,194,575 | 83,194,575 | 83,194,575 | 83,194,575 | 83,194,575 | 83,194,575 | 83,194,575 | 83,194,575 | 83,194,575 | 83,194,575 | 83,194,575 | 83,194,575 | 83,194,575 | 83,194,575 |
| Ending Cash Balance - Operating Account | 2,200,000 | 1,672,000 | 1,356,245 | 1,312,395 | 1,223,731 | 1,222,981 | 1,206,820 | 1,206,070 | 1,193,908 | 1,193,908 | 1,179,377 | 1,183,377 | 1,127,746 | 1,130,246 | 1,117,215 | 1,097,215 | 1,084,184 | 1,086,684 |
| Ending Cash Balance - Escrow Account for Prentice | 11,805,425 | 11,805,425 | 11,805,425 | 11,805,425 | 11,805,425 | 11,805,425 | 11,805,425 | 11,805,425 | 11,805,425 | 11,805,425 | 11,805,425 | 11,805,425 | 11,805,425 | 11,805,425 | 11,805,425 | 11,805,425 | 11,805,425 | 11,805,425 |
| Ending Cash Balance - Total | 14,005,425 | 13,477,425 | 13,161,670 | 13,117,820 | 13,029,156 | 13,028,406 | 13,012,245 | 13,011,495 | 12,999,333 | 12,999,333 | 12,984,802 | 12,988,802 | 12,933,171 | 12,935,671 | 12,922,640 | 12,902,640 | 12,889,609 | 12,892,109 |

KB Toys
Cash Collateral Budget extra weeks to 1/30/2011

| Week Ending | Budget 27 | Week 27 8/8/09 | Week 28 8/15/09 | Week 29 8/22/09 | Week 30 8/29/09 | Week 31 9/5/09 | Week 32 9/12/09 | Week 33 9/19/09 | Week 34 9/26/09 | Week 35 10/3/09 | Week 36 10/10/09 | Week 37 10/17/09 | Week 38 10/24/09 | Week 39 10/31/09 | Week 40 11/7/09 | Week 41 11/14/09 | Week 42 11/21/09 | Week 43 11/28/09 | Week 44 12/5/09 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Beginning Cash Balance | | 1,086,684 | 1,037,684 | 1,020,018 | 995,998 | 973,998 | 937,812 | 930,812 | 850,772 | 845,772 | 820,306 | 810,306 | 783,006 | 773,006 | 728,405 | 12,589,865 | 12,443,224 | 12,442,424 | 12,428,783 |
| Beginning (GE Loan) Balance | | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Cash Receipts** | | | | | | | | | | | | | | | | | | | |
| Stores | | | | | | | | | | | | | | | | | | | |
| Wholesale A/R | | | | | | | | | | | | | | | | | | | |
| Sales Tax | | | | | | | | | | | | | | | | | | | |
| Credit Card Fees | | | | | | | | | | | | | | | | | | | |
| FF&E | | | | | | | | | | | | | | | | | | | |
| Lease Buyouts | | | | | | | | | | | | | | | | | | | |
| Gift Card Redemption | | | | | | | | | | | | | | | | | | | |
| Operating Funds (Stores) | | | | | | | | | | | | | | | | | | | |
| Store Bank Acct Impressed Funds | | | | | | | | | | | | | | | | | | | |
| Visa MC Settlement | | | | | | | | | | | | | | | | | | | |
| Gift Card Tender | | | | | | | | | | | | | | | | | | | |
| Bonus Card Redemption | | | | | | | | | | | | | | | | | | | |
| Store Deposit ACH Reserve | | | | | | | | | | | | | | | | | | | |
| CSV and Albetson bulk sale | | 5,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 3,000 | 3,000 | 804,000 | 3,000 | 3,000 | 3,000 | 60,000 | | | | |
| Other | | | | | | | | | | | | | | | | | | | |
| **Total Receipts** | | 5,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 3,000 | 3,000 | 804,000 | 3,000 | 3,000 | 3,000 | 60,000 | | | | |
| **Operating Disbursements** | | | | | | | | | | | | | | | | | | | |
| Payroll & Payroll Taxes | | | | | | | | | | | | | | | | | | | |
| Corporate & DC | | 33,500 | | 17,020 | | 17,020 | | 34,040 | | 17,300 | | 17,300 | | 34,600 | | | 11,341 | | 11,341 |
| Store | | | | | | | | | | | | | | | | | | | |
| KERP | | | | | | | | | | | | | | | | | | | |
| Store Retention | | | | | | | | | | | | | | | | | | | |
| **Total Payroll & Payroll Taxes** | | 33,500 | | 17,020 | | 17,020 | | 34,040 | | 17,300 | | 17,300 | | 34,600 | | | 11,341 | | 11,341 |
| Rent & Occupancy | | | | | | | | | | | | | | | | | | | |
| Corporate | | | 1,666 | | | 3,166 | | | | 3,166 | | | | | 3,166 | | | | 3,166 |
| December Stub Rent | | | | | | | | | | | | | | | | | | | |
| Stores and DC | | | | | | | | | | | | | | | | | | | |
| **Total Rent** | | | 1,666 | | | 3,166 | | | | 3,166 | | | | | 3,166 | | | | 3,166 |
| Merchandise Payments | | | | | | | | | | | | | | | | | | | |
| L/C | | | | | | | | | | | | | | | | | | | |
| Li & Fung | | | | | | | | | | | | | | | | | | | |
| Freight | | | | | | | | | | | | | | | | | | | |
| Insurance - AETNA Health | | | | | | | | | | | | | | | | | | | |
| Insurance - Premium | | | | | | | | | | | | | | | | | | | |
| Insurance - Wcomp | | | | | | | | | | | | | | | | | | | |
| Advertising | | | | | | | | | | | | | | | | | | | |
| Sales Tax | | | | | | | | | | | | | | | | | | | |
| Utilities | | | | | | | | | | | | | | | | | | | |
| Utility Deposits | | | | | | | | | | | | | | | | | | | |
| Other | | 1,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 800 | 800 | 800 | 800 | 800 |
| **Total** | | 34,500 | 3,666 | 19,020 | 2,000 | 22,186 | 2,000 | 36,040 | 2,000 | 22,466 | 2,000 | 19,300 | 2,000 | 36,500 | 800 | 800 | 800 | 800 | 800 |
| **Non-Operating Disbursement** | | | | | | | | | | | | | | | | | | | |
| Interest & Fees | | | | | | | | | | | | | | | | | | | |
| Deposits | | 19,500 | 10,000 | 1,000 | 16,000 | 10,000 | 1,000 | 40,000 | 5,000 | 5,000 | 10,000 | 10,000 | 10,000 | 10,000 | | 133,000 | | | |
| Professional Fees - Other | | | | | | | | | | | | | | | | | | | |
| FTI | | | | | | | | | | | | | | | | | | | |
| Wilmer Hale | | | | | | | | | | | | | | | | | | | |
| Young Conaway | | | | | | | | | | | | | | | | | | | |
| US Trustee | | | | | | | | | | | | | | | | | | | |
| GE | | | | | | | | | | | | | | | | | | | |
| Taft Stettinius | | | | | | | | | | | | | | | | | | | |
| Creditor Committee | | | | | | | | | | | | | | | | | | | |
| Trade Lien | | | | | | | | | | | | | | | | | | | |
| Schulte Roth | | | | | | | | | | | | | | | | | | | |
| E&Y | | | | | | | | | | | | | | | | | | | |
| Liquidators fee (Advertising, supervision and fee) | | | | | | | | | | | | | | | | | | | |
| LC Collateralization | | | | | | | | | | | | | | | | | | | |
| Sr Lender Indemnity Account Funding | | | | | | | | | | | | | | | | | | | |
| BOA Fcard Reserve | | | | | | | | | | | | | | | | | | | |
| Store Deposit ACH Reserve | | | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | | 1,500 | | 1,500 | |
| Other | | | | | | | | | | | | | | | | | | | |
| **Total** | | 19,500 | 15,000 | 6,000 | 21,000 | 15,000 | 6,000 | 45,000 | 6,000 | 6,000 | 11,000 | 11,000 | 11,000 | 11,000 | 800 | 134,500 | 800 | 1,500 | 800 |
| **Total Cash Disbursements** | | 54,000 | 18,666 | 25,020 | 23,000 | 37,186 | 8,000 | 81,040 | 8,000 | 28,466 | 13,000 | 30,300 | 13,000 | 47,600 | 3,966 | 146,641 | 800 | 13,641 | 3,966 |
| **Total Cash Receipts** | | 5,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 3,000 | 3,000 | 804,000 | 3,000 | 3,000 | 3,000 | 60,000 | | | | |
| Net Cash Flow | | (49,000) | (17,666) | (24,020) | (22,000) | (36,186) | (7,000) | (80,040) | (5,000) | (25,466) | (10,000) | (27,300) | (10,000) | (44,600) | 56,034 | (146,641) | (800) | (13,641) | (3,966) |
| Beginning Cash Balance | | 1,086,684 | 1,037,684 | 1,020,018 | 995,998 | 973,998 | 937,812 | 930,812 | 850,772 | 845,772 | 820,306 | 810,306 | 783,006 | 773,006 | 728,406 | 784,440 | 637,799 | 636,999 | 623,358 |
| Available for Loan Paydown | | | | | | | | | | | | | | | | | | | |
| Beginning (GE Loan) Balance | | | | | | | | | | | | | | | | | | | |
| Add: LC Draws | | | | | | | | | | | | | | | | | | | |
| Less: Cash Paydowns | | | | | | | | | | | | | | | | | | | |
| Ending (GE Loan Balance) | | | | | | | | | | | | | | | | | | | |
| Face Value Only (Doc & Standby LC) | | | | | | | | | | | | | | | | | | | |
| Ending Standby LC Obligation | | | | | | | | | | | | | | | | | | | |
| Pref Fee Obligation | | (608,950) | (628,450) | (638,450) | (639,450) | (655,450) | (665,450) | (666,450) | (706,450) | (711,450) | (716,450) | (726,450) | (736,450) | (746,450) | (756,450) | (973,450) | (1,017,950) | (1,017,950) | (1,017,950) |
| Less: Payments | | (19,500) | (10,000) | (1,000) | (16,000) | (10,000) | (1,000) | (40,000) | (5,000) | (5,000) | (10,000) | (10,000) | (10,000) | (10,000) | (217,000) | (44,500) | | | |
| Ending Pref Fee Obligation | | (628,450) | (638,450) | (639,450) | (655,450) | (665,450) | (666,450) | (706,450) | (711,450) | (716,450) | (726,450) | (736,450) | (746,450) | (756,450) | (973,450) | (1,017,950) | (1,017,950) | (1,017,950) | (1,017,950) |
| Beginning Prentice Obligation | | 83,194,575 | 83,194,575 | 83,194,575 | 83,194,575 | 83,194,575 | 83,194,575 | 83,194,575 | 83,194,575 | 83,194,575 | 83,194,575 | 83,194,575 | 83,194,575 | 83,194,575 | 83,194,575 | 83,194,575 | 83,194,575 | 83,194,575 | 83,194,575 |
| Cash Available after GE Loan Paydown | | 1,037,684 | 1,020,018 | 995,998 | 973,998 | 937,812 | 930,812 | 850,772 | 845,772 | 820,306 | 810,306 | 783,006 | 773,006 | 728,406 | 784,440 | 637,799 | 635,999 | 623,358 | 619,392 |
| Cash to be Retained by Company (110% of Remaining Disbursements) | | | | | | | | | | | | | | | 181,553 | 20,248 | 19,368 | 4,363 | |
| GE Indemnity Account Committed to 503(b)(9) claims | | 500,000 | 500,000 | 500,000 | 500,000 | 500,000 | 500,000 | 500,000 | 500,000 | 500,000 | 500,000 | 500,000 | 500,000 | 500,000 | 500,000 | 500,000 | 500,000 | 500,000 | 500,000 |
| Cash Committed for February Stub Rent | | 1,700,000 | 1,700,000 | 1,700,000 | 1,700,000 | 1,700,000 | 1,700,000 | 1,700,000 | 1,700,000 | 1,700,000 | 1,700,000 | 1,700,000 | 1,700,000 | 1,700,000 | 1,700,000 | 1,700,000 | 1,700,000 | 1,700,000 | 1,700,000 |
| Cash Committed for February Stub Rent 110% of Remaining Disbursements, 503(b)(9) reserve, and February SR | | | | | | | | | | | | | | | | | | | |
| Ending Prentice Obligation | | 83,194,575 | 83,194,575 | 83,194,575 | 83,194,575 | 83,194,575 | 83,194,575 | 83,194,575 | 83,194,575 | 83,194,575 | 83,194,575 | 83,194,575 | 83,194,575 | 83,194,575 | 83,194,575 | 83,194,575 | 83,194,575 | 83,194,575 | 83,194,575 |
| Ending Cash Balance - Operating Account | | 1,037,684 | 1,020,018 | 995,998 | 973,998 | 937,812 | 930,812 | 850,772 | 845,772 | 820,306 | 810,306 | 783,006 | 773,006 | 728,406 | 784,440 | 637,799 | 635,999 | 623,358 | 619,392 |
| Ending Cash Balance - Escrow Account for Prentice | | 11,805,425 | 11,805,425 | 11,805,425 | 11,805,425 | 11,805,425 | 11,805,425 | 11,805,425 | 11,805,425 | 11,805,425 | 11,805,425 | 11,805,425 | 11,805,425 | 11,805,425 | 11,805,425 | 11,805,425 | 11,805,425 | 11,805,425 | 11,805,425 |
| Ending Cash Balance - Total | | 12,843,109 | 12,825,443 | 12,801,423 | 12,779,423 | 12,743,237 | 12,736,237 | 12,656,197 | 12,651,197 | 12,625,731 | 12,615,731 | 12,588,431 | 12,578,431 | 12,533,831 | 12,589,865 | 12,443,224 | 12,442,424 | 12,428,783 | 12,424,817 |

KB Toys
Cash Collateral Budget extra weeks to 1/30/2011

| Week Ending | Week 45 12/12/09 | Week 46 12/19/09 | Week 47 12/26/09 | Week 48 1/2/10 | Week 49 1/9/10 | Week 50 1/16/10 | Week 51 1/23/10 | Week 52 1/30/10 |
|---|---|---|---|---|---|---|---|---|
| Beginning Cash Balance | 12,424,817 | 12,263,976 | 12,263,176 | 12,249,535 | 12,248,735 | 12,235,094 | 12,231,128 | 12,078,987 |
| Beginning (GE Loan) Balance | - | - | - | - | - | - | - | - |
| **Cash Receipts** | | | | | | | | |
| Stores | - | - | - | - | - | - | - | - |
| Wholesale A/R | - | - | - | - | - | - | - | - |
| Sales Tax | - | - | - | - | - | - | - | - |
| Credit Card Fees | - | - | - | - | - | - | - | - |
| FF&E | - | - | - | - | - | - | - | - |
| Lease Buyouts | - | - | - | - | - | - | - | - |
| Gift Card Redemption | - | - | - | - | - | - | - | - |
| Operating Funds (Stores) | - | - | - | - | - | - | - | - |
| Store Bank Acct Impressed Funds | - | - | - | - | - | - | - | - |
| Visa MC Settlement | - | - | - | - | - | - | - | - |
| Gift Card Tender | - | - | - | - | - | - | - | - |
| Bonus Card Redemption | - | - | - | - | - | - | - | - |
| Store Deposit ACH Reserve | - | - | - | - | - | - | - | - |
| CSV and Albetson bulk sale | - | - | - | - | - | - | - | - |
| Other | - | - | - | - | - | - | - | - |
| **Total Receipts** | | | | | | | | |
| **Operating Disbursements** | | | | | | | | |
| Payroll & Payroll Taxes | | | | | | | | |
| Corporate & DC | 11,341 | - | 11,341 | - | 11,341 | - | 11,341 | - |
| Store | - | - | - | - | - | - | - | - |
| KEIP | - | - | - | - | - | - | - | - |
| Store Retention | - | - | - | - | - | - | - | - |
| Total Payroll & Payroll Taxes | 11,341 | - | 11,341 | - | 11,341 | - | 11,341 | - |
| Rent & Occupancy | | | | | | | | |
| Corporate | - | - | - | - | - | 3,166 | - | - |
| December Stub Rent | - | - | - | - | - | - | - | - |
| Stores and DC | - | - | - | - | - | - | - | - |
| Total Rent | - | - | - | - | - | 3,166 | - | - |
| Merchandise Payments | | | | | | | | |
| L/C | - | - | - | - | - | - | - | - |
| LI & Fung | - | - | - | - | - | - | - | - |
| Freight | - | - | - | - | - | - | - | - |
| Insurance - AETNA Health | - | - | - | - | - | - | - | - |
| Insurance - Premiums | - | - | - | - | - | - | - | - |
| Insurance - WComp | - | - | - | - | - | - | - | - |
| Advertising | - | - | - | - | - | - | - | - |
| Sales Tax | - | - | - | - | - | - | - | - |
| Utilities | - | - | - | - | - | - | - | - |
| Utility Deposits | - | - | - | - | - | - | - | - |
| Other | 800 | 800 | 800 | 800 | 800 | 800 | 800 | 800 |
| **Total** | 800 | 800 | 800 | 800 | 800 | 800 | 800 | 800 |
| **Non-Operating Disbursement** | | | | | | | | |
| Interest & Fees | - | - | - | - | - | - | - | - |
| Deposits | - | - | - | - | - | - | - | - |
| Professional Fees - Other | 147,200 | - | - | - | - | - | 138,500 | - |
| FTI | - | - | - | - | - | - | - | - |
| Wilmer Hale | - | - | - | - | - | - | - | - |
| Young Conaway | - | - | - | - | - | - | - | - |
| US Trustee | - | - | - | - | - | - | - | - |
| GE | - | - | - | - | - | - | - | - |
| Taft Stettinius | - | - | - | - | - | - | - | - |
| Creditor Committee | - | - | - | - | - | - | - | - |
| Trade Lien | - | - | - | - | - | - | - | - |
| Schulte Roth | - | - | - | - | - | - | - | - |
| BMV | - | - | - | - | - | - | - | - |
| Liquidators fee (Advertising, supervision and fee) | - | - | - | - | - | - | - | - |
| LC Collateralization | - | - | - | - | - | - | - | - |
| Sr Lender Indemnity Account Funding | - | - | - | - | - | - | - | - |
| BOA Fcard Reserve | - | - | - | - | - | - | - | - |
| Store Deposit ACH Reserve | - | - | - | - | - | - | - | - |
| Other | 1,500 | - | 1,500 | - | 1,500 | - | 1,500 | - |
| **Total** | 148,700 | - | 1,500 | - | 1,500 | - | 140,000 | - |
| **Total Cash Disbursements** | 160,841 | 800 | 13,641 | 800 | 13,641 | 3,966 | 152,141 | 800 |
| **Total Cash Receipts** | - | - | - | - | - | - | - | - |
| **Net Cash Flow** | (160,841) | (800) | (13,641) | (800) | (13,641) | (3,966) | (152,141) | (800) |
| Beginning Cash Balance | 619,392 | 458,551 | 457,751 | 444,110 | 443,310 | 429,669 | 425,703 | 273,562 |
| Available for Loan Paydown | - | - | - | - | - | - | - | - |
| Beginning (GE Loan) Balance | - | - | - | - | - | - | - | - |
| Add: LC Draws | - | - | - | - | - | - | - | - |
| Less: Cash Paydowns | - | - | - | - | - | - | - | - |
| Ending (GE Loan) Balance | - | - | - | - | - | - | - | - |
| Face Value Only (Doc & Standby LCs) | - | - | - | - | - | - | - | - |
| Less: Paydowns | - | - | - | - | - | - | - | - |
| Ending Standby L/C Obligation | - | - | - | - | - | - | - | - |
| Beginning Prentice Obligation | (1,017,950) | (1,074,650) | (1,074,650) | (1,074,650) | (1,074,650) | (1,074,650) | (1,074,650) | (1,074,650) |
| Prof Fee Obligation | (56,700) | - | - | - | - | - | - | (60,500) |
| Ending Prof Fee Obligation | (1,074,650) | (1,074,650) | (1,074,650) | (1,074,650) | (1,074,650) | (1,074,650) | (1,074,650) | (1,135,150) |
| | 83,194,575 | 83,194,575 | 83,194,575 | 83,194,575 | 83,194,575 | 83,194,575 | 83,194,575 | 83,194,575 |
| Cash Available after GE Loan Paydown | 458,551 | 457,751 | 444,110 | 443,310 | 429,669 | 425,703 | 273,562 | 272,762 |
| Cash to be Retained by Company (110% of Remaining Disbursements) | 204,308 | 203,408 | 188,483 | 187,603 | 172,598 | 168,235 | 880 | - |
| GE Indemnity Account Committed to 503(b)(9) claims | 500,000 | 500,000 | 500,000 | 500,000 | 500,000 | 500,000 | 500,000 | 500,000 |
| Cash Committed for February Stub Rent | 1,700,000 | 1,700,000 | 1,700,000 | 1,700,000 | 1,700,000 | 1,700,000 | 1,700,000 | 1,700,000 |
| Cash Available less 110% of Remaining Disbursements, 503(b)(9) reserve, and February Stub | - | - | - | - | - | - | - | - |
| Ending Prentice Obligation | 83,194,575 | 83,194,575 | 83,194,575 | 83,194,575 | 83,194,575 | 83,194,575 | 83,194,575 | 83,194,575 |
| Ending Cash Balance - Operating Account | 458,551 | 457,751 | 444,110 | 443,310 | 429,669 | 425,703 | 273,562 | 272,762 |
| Ending Cash Balance - Escrow Account for Prentice | 11,805,425 | 11,805,425 | 11,805,425 | 11,805,425 | 11,805,425 | 11,805,425 | 11,805,425 | 11,805,425 |
| **Ending Cash Balance - Total** | 12,263,976 | 12,263,176 | 12,249,535 | 12,248,735 | 12,235,094 | 12,231,128 | 12,078,987 | 12,078,187 |