# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------X

In re:

KB TOYS, INC., a Delaware corporation, et al.,

                Debtors.

---------------------------------------------------------X

Chapter 11

Case No: 08-13269 (KJC)

Jointly Administered

Ref. Nos. 689, 742, 777, 815, 816, 822, 872, 914

## NOTICE OF WITHDRAWAL BY PKBT LENDING, LLC TO OBJECTIONS TO CERTAIN MONTHLY FEE APPLICATIONS OF (I) COOLEY GODWARD KRONISH LLP, (II) ASHBY & GEDDES, P.A, AND (III) BDO SEIDMAN, LLP

PKBT Lending, LLC ("PKBT") by its undersigned counsel, hereby withdraws the following objections pursuant to section 5 of the *Stipulation By and Among the Debtors, the Official Committee of Unsecured Creditors and the Prentice Entities*, dated as of November 9, 2009 [Docket No. 872], as approved by an order of this Court, dated as of December 1, 2009 [Docket No. 914]:

    (1) Limited Objection of PKBT to Fourth Monthly Application of Cooley Godward Kronish LLP, Lead Counsel to the Official Committee of Unsecured Creditors, for Compensation and Reimbursement of Expenses for the Period April 1, 2009 Through April 30, 2009, dated June 4, 2009 [Docket No. 689];

    (2) Limited Objection of PKBT to Fifth Monthly Application of Cooley Godward Kronish LLP, Lead Counsel to the Official Committee of Unsecured Creditors, for Compensation and Reimbursement of Expenses for the Period May 1, 2009 Through May 31, 2009, dated July 9, 2009 [Docket No. 742];

    (3) Limited Objection of PKBT to Sixth Monthly Application of Cooley Godward Kronish LLP, Lead Counsel to the Official Committee of Unsecured Creditors, for Compensation and Reimbursement of Expenses for the Period June 1, 2009 Through June 30, 2009, dated August 6, 2009 [Docket No. 777];

    (4) Limited Objection of PKBT to Fifth Monthly Application of BDO Seidman, LLP, for Interim Compensation for Services Rendered and Reimbursement of Expenses as Financial Advisors to the Official Committee of Unsecured Creditors for the Period May 1, 2009 Through July 31, 2009, dated September 15, 2009 [Docket No. 815];

(5) Limited Objection of PKBT to Seventh Monthly Application of Ashby & Geddes, P.A. as Delaware Counsel to the Official Committee of Unsecured Creditors for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Period of July 1, 2009 Through July 31, 2009, dated September 15, 2009 [Docket No. 816]; and

(6) Limited Objection of PKBT to Seventh Monthly Application of Cooley Godward Kronish LLP, Lead Counsel to the Official Committee of Unsecured Creditors, for Compensation and Reimbursement of Expenses for the Period July 1, 2009 Through July 31, 2009, dated September 23, 2009 [Docket No. 822].

Dated: December 3, 2009
Wilmington, Delaware

**LANDIS RATH & COBB LLP**

Adam G. Landis (No. 3407)
Matthew McGuire (No. 4366)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450

-and-

Lawrence V. Gelber
David M. Hillman
Meghan M. Breen
**SCHULTE ROTH & ZABEL LLP**
919 Third Avenue
New York, New York 10022
Telephone: (212) 756-2000
Facsimile: (212) 593-5955

*Counsel to PKBT Lending, LLC*