IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------X

| | |
|---|---|
| In re: | Chapter 11 |
| KB TOYS, INC.<br>a Delaware corporation, et al., | Case No.: 08-13269 (KJC) |
| Debtors. | Jointly Administered |

*Re: 914, 990*

---------------------------------------------------------------X

## ORDER DISMISSING CHAPTER 11 CASES

Pursuant to (i) that *Joint Motion of the Debtors and the Official Committee of Unsecured Creditors, Pursuant to Sections 105(a), 305(a), 349 and 1112(b) of the Bankruptcy Code and Rule 9019 of the Federal Rules of Bankruptcy Procedure (A) Approving a Stipulation Between the Debtors, the Committee and the Prentice Entities, (B) Approving Procedures for (I) the Distribution of Certain Funds to Holders of Allowed Administrative Claims and (II) the Dismissal of the Debtors' Chapter 11 Cases, and (C) Granting Certain Related Relief,* filed on November 9, 2009 (Docket No. 872), (ii) that Order granting the Joint Motion, entered on December 1, 2009 (Docket No. 914), and (iii) that *Certification of Counsel and Request for Entry of an Order Dismissing Chapter 11 Cases,* filed on February 12, 2010, it is

ORDERED, ADJUDGED AND DECREED THAT:

1. Pursuant to section 1112(b) and 305(a) of the Bankruptcy Code, the Debtors' chapter 11 cases are hereby dismissed.

2. Notwithstanding section 349 of the Bankruptcy Code, all orders of the Court entered in these chapter 11 cases shall survive the dismissal of these chapter 11 cases.

3. The Court shall retain jurisdiction with respect to any matters, claims, rights or disputes arising from or relating to the implementation of any order of this Court entered in these chapter 11 cases.

Dated: February 16, 2010
Wilmington, Delaware

_____
Honorable Kevin J. Carey
United States Bankruptcy Judge